PATRICK C. McGARRIGLE, ESQ., SBN 149008
PHILIP A. ZAMPIELLO, ESQ., SBN 198723
McGARRIGLE, KENNEY & ZAMPIELLO, APC
9600 Topanga Canyon Boulevard, Suite 200
Chatsworth, California 91311
TEL: (818) 998-3300  FAX: (818) 998-3344
Email: PatrickM@mkzlaw.com, PhilipZ@mzkaw.com

Attorneys for Creditor
SHARYN EMMICK, Trustee of the SHARYN EMMICK SCHRICK SEPARATE PROPERTY TRUST, dated October 24, 2002 and WILLIAM R. SCHRICK, Trustee of the WILLIAM R. SCHRICK SEPARATE PROPERTY TRUST dated April 12, 2004

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>The Harman Press Inc.,<br><br>　　Debtor and Debtor-In-Possession | Case No. 1:21-bk-11544-MT<br><br>Chapter 11 Case<br><br>**CREDITOR SHARYN EMMICK, TRUSTEE OF THE SHARYN EMMICK SCHRICK SEPARATE PROPERTY TRUST, DATED OCTOBER 24, 2002 AND WILLIAM R. SCHRICK, TRUSTEE OF THE WILLIAM R. SCHRICK SEPARATE PROPERTY TRUST DATED APRIL 12, 2004'S NOTICE OF NON-OPPOSITION TO CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing:<br>DATE:    February 23, 2022<br>TIME:    10:30 a.m.<br>PLACE:   CRTM: 302<br>　　　　　21041 Burbank Blvd.<br>　　　　　Woodland Hills, CA 91367 |

1

**CREDITOR'S NOTICE OF NON-OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

9248-001/pldg/Notice of Non-Opp to MFR

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, as of the filing of this Notice, Creditor Sharyn Emmick, Trustee of The Sharyn Emmick Schrick Separate Property Trust, Dated October 24, 2002 And William R. Schrick, Trustee Of The William R. Schrick Separate Property Trust Dated April 12, 2004 (collectively, "**Creditor**") has not received any opposition from Debtor The Harman Press Inc. ("**Debtor**") to Creditor's Motion for Relief from the Automatic Stay (the "**Motion**").

Creditor duly filed and served the Motion. The Motion is set for hearing on February 23, 2022, at 10:30 a.m. in Courtroom "302." Accordingly, any **Opposition was required to be filed and served by no later than Wednesday, February 9, 2022**. As of the filing hereof, Debtor has not filed and served any Oppositions, Creditor's counsel has not received any Oppositions and the Court's docket does not reflect any such Oppositions having been filed.

Accordingly, Creditor's unopposed Motion for Relief from Automatic Stay should be granted in its entirety.

Dated: February 18, 2022            McGARRIGLE KENNEY & ZAMPIELLO, APC

By: _____
Patrick C. McGarrigle, Esq.
Philip A. Zampiello, Esq.
Attorneys for Creditor
SHARYN EMMICK, Trustee of the
SHARYN EMMICK SCHRICK SEPARATE
PROPERTY TRUST, dated October 24, 2002
and WILLIAM R. SCHRICK, Trustee of the
WILLIAM R. SCHRICK SEPARATE
PROPERTY TRUST dated April 12, 2004

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9600 Topanga Canyon Boulevard, Suite 200, Chatsworth, CA 91311

A true and correct copy of the foregoing document entitled (*specify*): REPLY MEMORANDUM OF CREDITOR SHARYN EMMICK, TRUSTEE OF THE SHARYN EMMICK SCHRICK SEPARATE PROPERTY TRUST, DATED OCTOBER 24, 2002 AND WILLIAM R. SCHRICK, TRUSTEE OF THE WILLIAM R. SCHRICK SEPARATE PROPERTY TRUST DATED APRIL 12, 2004 IN SUPPORT OF THEIR MOTION FOR RELIEF FROM THE AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/18/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV) - kate.bunker@usdoj.gov

Kerry K Fennelly on behalf of Interested Party Courtesy NEF - kfennelly@kraw.com, fileclerk@donaldsonandcornwell.com; jschaffer@kraw.com; vmindirgasova@kraw.com; jbaldwin@kraw.com

John-Patrick McGinnis Fritz (TR) - jpftrustee@lnbyg.com, jpf@trustesolutions.net

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. - ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Raffi Khatchadourian on behalf of Interested Party Courtesy NEF - raffi@hemar-rousso.com

Randall P Mroczynski on behalf of Creditor Ford Motor Credit Company LLC - randym@cookseylaw.com

Valerie Smith on behalf of Interested Party Courtesy NEF - claims@recoverycorp.com

United States Trustee (SV) - ustpregion16.wh.ecf@usdoj.gov

Thomas B Ure on behalf of Debtor The Harman Press Inc. - tbuesq@aol.com, urelawfirm@jubileebk.net; tom@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 18, 2022 | Vanessa Bravo | */s/ Vanessa Bravo* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE