Robert M. Saunders (CA Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  rsaunders@pszjlaw.com

-and-

Ayala A. Hassell (TX SBN 01009800) (*Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Email: ahassell@pszjlaw.com

Counsel for Creditor, Hewlett-Packard Financial Services Company.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| In re<br><br>The Harman Press Inc.,<br><br>                    Debtor. | Case No.:  1:21-bk-11544-MT<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS, AND DEMAND TO BE ADDED TO THE GENERAL SERVICE LIST/MAILING MATRIX**<br><br>**[FED. R. BANKR. P. 9010(B)]** |

      **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Robert M. Saunders and Ayala A. Hassell of Pachulski Stang Ziehl & Jones LLP enter their appearance for such law firm on behalf of Creditor, Hewlett-Packard Financial Services Company.

      The undersigned requests that the firm (attention:  Robert M. Saunders and Ayala A. Hassell at their respective addresses) to be added to the mailing matrix and general service lists in this case,

DOCS_LA:343094.2 35882/003

and request that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

> Robert M. Saunders
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA 90067
> Telephone: (310) 277-6910
> Email: rsaunders@pszjlaw.com
>
> -and-
>
> Ayala Hassell
> Pachulski Stang Ziehl & Jones LLP
> 440 Louisiana Street, Suite 900
> Houston, TX 77002
> Telephone: (713) 691-9385
> Email: ahassell@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, all orders, notices, notices of hearings, applications, motions, petitions, pleadings, plans, requests, complaints or demands, whether formal or informal, whether written or oral, and whether served, transmitted, or conveyed by regular mail, electronic mail, hand delivery, telephone, facsimile or otherwise.

Dated: April 4, 2022                     PACHULSKI STANG ZIEHL & JONES LLP

                                         /s/ Robert M. Saunders
                                         Robert M. Saunders

-and-

Dated: April 4, 2022                     PACHULSKI STANG ZIEHL & JONES LLP

                                         Ayala A. Hassell (pro hac vice)

                                         Counsel for Hewlett-Packard Financial
                                         Services Company.

2

DOCS_LA:343094.2 35882/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS, AND DEMAND TO BE ADDED TO THE GENERAL SERVICE LIST/MAILING MATRIX*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 5, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 5, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas B Ure
Ure Law Firm
800 West 6th St., Suite 940
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 5, 2022,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Delivery**
Honorable Maureen A. Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **April 5, 2022** | Myra Kulick | /s/ *Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:343075.1 35882/003

**SERVICE INFORMATION FOR CASE NO. 1:21-bk-11544-MT**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- *Katherine Bunker    kate.bunker@usdoj.gov*
- *Kerry K Fennelly    kfennelly@kraw.com, fileclerk@donaldsonandcornwell.com;jschaffer@kraw.com;vmindirgasova@kraw.com;jbaldwin@kraw.com*
- *John-Patrick McGinnis Fritz (TR)    jpftrustee@lnbyg.com, jpf@trustesolutions.net*
- *Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com*
- *Raffi Khatchadourian    raffi@hemar-rousso.com*
- *Randall P Mroczynski    randym@cookseylaw.com*
- *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Valerie Smith    claims@recoverycorp.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Thomas B Ure    tbuesq@aol.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com*
- *Philip A Zampiello    philipz@mkzlaw.com, PatrickM@mkzlaw.com;MichaelK@mkzlaw.com;VanessaB@mkzlaw.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:343075.1 35882/003