| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert M. Saunders ( CA Bar No. 226172)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California  90067<br>T:  (310) 277-6910; F: (310) 201-0760<br>Emal:  rsaunders@pszjlaw.com<br><br>Ayala A. Hassell (TX SBN 01009800) (Pro Hac Vice)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>T: (713) 691-9385;<br>Email: ahassell@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Creditor, Hewlett-Packard Financial Services Company | **FILED & ENTERED**<br><br>**MAY 02 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fisherl    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>The Harman Press Inc.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 121-bk-11544-MT<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*):
Hewlett-Packard Financial Services Company

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: ***NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (PERSONAL PROPERTY)***

   b. *Date of filing of motion:* April 29, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: April 29, 2022

3. Based upon the court's review of the Application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                           Page 1                                   **F 9075-1.1.ORDER.SHORT.NOTICE**
DOCS_LA:343491.1 35882/003

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** May 11, 2022<br>**Time:** 10:30 a.m.<br>**Courtroom:** 302 | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: May 3, 2022<br>Time: 12:00 p.m. | Counsel for Debtor-in-Possession<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: May 4, 2022<br>Time: 4:00 p.m. | Counsel for Debtor-in-Possession<br><br>☐ See attached page<br>(D) _Service is also required upon:_<br>-- United States trustee _(electronic service is not permitted)_<br>-- ~~Judge's copy personally delivered to chambers~~<br>~~_(see Court Manual for address)_~~ |

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) <u>Deadlines:</u><br>Date: May 4, 2022<br><br>Time: 4:00 p.m. | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u><br><br>Counsel for Debtor-in-Possession<br><br>☐ See attached page<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- ~~Judge's copy personally delivered to chambers~~<br>~~*(see Court Manual for address)*~~ |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) <u>Deadlines:</u><br>Date:<br><br>Time: | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  *(see Court Manual for address)* |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**
DOCS_LA:343491.1 35882/003

(7) ☒   Other requirements:  This calendar will be conducted remotely, using ZoomGov video and audio. Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below.  Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone).  Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply).  Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required.  The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record.

Video/audio web address: https://cacb.zoomgov.com/j/1618710247
Meeting ID: 161 871 0247
Password: 986284

Dial by your location: 1 -669-254-5252  OR 1-646-828-7666
Meeting ID: 161 871 0247
Password: 986284

(8) ☒   No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:        Date:                Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### ###

Date: May 2, 2022

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge